# United States District Court
### Northern District of New York
# CIVIL JUDGMENT

**MANMOHAN S. JAWA**

                              **Plaintiff**

                **VS.**                            **5:97-CV-1346 (HGM) (GHL)**

**ROME DEVELOPMENTAL DISABILITIES SERVICES (name changed to Central New York Developmental Services Office, branch of New York State Office of Mental Retardation and Developement Disabilities (OMRDD)); THOMAS MAUL; PHILIP CATCHPOLE; ARTHUR HOLMBERG; GEORGE SCHLOTTERER; TONI VERKRUYSSE; MARY HALL-KATZ and ANTHONY LABATE**

                              **Defendants'**

**[X]  Decision by Court.**  This action came to trial and hearing before the Court. The issues have been tried and heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the defendants' motion pursuant to Rule 52 of the Federal Rules of Civil Procedure is granted, the plaintiff's Second Amended Complaint is hereby dismissed in its entirety. Judgment is entered in favor of the defendants' and against the plaintiff.

All of the above pursuant to the Order of the Honorable Judge Howard G. Munson, dated the 31st day of March, 2006.

| | |
|---|---|
| **MARCH 31, 2006** | **LAWRENCE K. BAERMAN** |
| _____ | _____ |
| **DATE** | **CLERK OF COURT** |
| | s/ |
| | _____ |
| | **JOANNE BLESKOSKI** <br> **DEPUTY CLERK** |